IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION |
| v. | : NO. 08-486 |
| RAMON SANCHEZ, | : |

## ORDER

**AND NOW**, this 9th day of July, 2021, upon review of Defendant's pending motions for compassionate release and the government response thereto, it is hereby **ORDERED** as follows:

1. Defendant's *pro se* "Motion for Consideration Under 5H1.4 Physical Condition" (Docket No. 78) is **DENIED**;

2. Defendant's *pro se* "Motion for Compassionate Release Under the First Step Act" (Docket No. 88) is **DENIED**; and

3. Defendant's *pro se* "Motion Requesting Federal Court Immediately Intervenes in Not Allowing Federal Bureau of Prisons Federal Correctional Institution Beaumont to Simply Allow Ramon Emilio Sanchez Junior to Die Due to Actual/Deliberate Medical Neglect" (Docket No. 89) is **DENIED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.